**Yaqub Hameed MUWAKKIL,**
**Plaintiff—Appellant,**

v.

**Leroy Roundtree HASSELL, Chief Justice, Supreme Court of Virginia; Elizabeth D. Lacy, Justice, Supreme Court of Virginia; Barbara M. Keenan, Justice, Supreme Court of Virginia; Lawrence L. Koontz, Jr., Justice, Supreme Court of Virginia; Cynthia D. Kineer, Justice, Supreme Court of Virginia; Donald Lemons, Justice, Supreme Court of Virginia; G. Steven Agee, Justice, Supreme Court of Virginia; Harry L. Carrico, Senior Justice, Supreme Court of Virginia; A. Christian Compton, Senior Justice, Supreme Court of Virginia; Roscoe B. Stephenson, Jr., Senior Justice, Supreme Court of Virginia; Patricia H. Krueger, Clerk, Supreme Court of Virginia, Defendants—Appellees.**

No. 05–7975.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 22, 2006.

Decided: June 12, 2006.

Yaqub Hameed Muwakkil, Appellant Pro Se.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yaqub Hameed Muwakkil appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Muwakkil v. Hassell,* No. CA–05–1118–1 (E.D.Va. Dec. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*